

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Karen Heide Hostutler and Michael Paul Hostutler and In the Interest of S.M.H. and T.R.H., Children

No. 06-24-00055-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23D1188-CCL). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Michael Paul Hostutler, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 24, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk